No. 564. AMERADA PETROLEUM CORP. *v.* FEDERAL POWER COMMISSION. C. A. 10th Cir. Certiorari denied. *Robert E. May* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Kathryn H. Baldwin, Ralph S. Spritzer, Howard E. Wahrenbrock, Luke R. Lamb* and *Peter H. Schiff* for respondent.

No. 590. CHESAPEAKE & OHIO RAILWAY CO. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 6th Cir. Certiorari denied. *Louis Seelbach* for petitioner. *R. P. Hobson, J. P. Sandidge, H. G. Breetz, W. L. Grubbs* and *Joseph L. Lenihan* for respondent.

No. 597. RUBBER CORPORATION OF CALIFORNIA *v.* NATIONAL SPONGE CUSHION CO., INC. C. A. 9th Cir. Certiorari denied. *Allan D. Mockabee* for petitioner. *Richard P. Schulze, Louis M. Welsh* and *Robert L. Harrington* for respondent.

No. 603. MILWAUKEE & SUBURBAN TRANSPORT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Richard R. Teschner* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Joseph Kovner* for respondent.

No. 593. DEGILLIO ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion certiorari should be granted. *Alan J. Stone* for petitioners. *Paul L. Adams,* Attorney General of Michigan, *Joseph B. Bilitzke,* Solicitor General, and *Robert Weinbaum* and *George Mason,* Assistant Attorneys General, for respondent.